Deverie J. Christensen
Nevada State Bar No. 6596
**JACKSON LEWIS P.C.**
300 S. Fourth St., Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Email:  deverie.christensen@jacksonlewis.com

*Attorney for Defendant*
*Amentum Services, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DENNIS STANTON, individually,<br><br>Plaintiff,<br><br>vs.<br><br>AMENTUM SERVICES, INC., a Foreign Corporation,<br><br>Defendant. | Case No. 2:25-cv-00511-APG-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED by and between Plaintiff Dennis Stanton ("Plaintiff"), by and through his counsel, Lagomarsino Law, and Defendant, Amentum Services, Inc. ("Defendant"), by and through its counsel, the law firm of Jackson Lewis P.C., that Defendant shall have a two-week extension up to and including April 24, 2025, in which to file its response to Plaintiff's Complaint. This Stipulation is submitted and based upon the following:

    1.    Defendant's response to the Complaint is due on April 10, 2025.

    2.    Undersigned Defense Counsel was preparing for an arbitration hearing that was tried the week of March 31, 2025, including preparation, meeting and conferring regarding exhibits, witnesses, objections, and other matters for which deadlines occurred the last three weeks.

    3.    Plaintiff's Complaint comprises 31 pages and 311 individual paragraphs to which specific responses are required in answering the Complaint.

    4.    Accordingly, undersigned Defense Counsel needs additional time to prepare an

answer to the lengthy complaint filed in this case, and requested Plaintiff agree to a two-week extension to April 24, 2025. Plaintiff has kindly agreed to the requested extension.

5. Thus, the parties hereby stipulate to extend the deadline to April 24, 2025, for Defendant to file its answer to the Complaint.

6. This is the first request for an extension of time for Defendant to file its response to Plaintiff's Complaint.

7. This Stipulation is made in good faith and not for the purpose of delay.

8. Nothing in this Stipulation and Order shall operate to waive, relinquish, or impair any claim, defense, objection, or right of any party in this case. Further, nothing in this Stipulation and Order shall be construed as an admission of or consent to the merit or validity of any claim, defense, objection, or right by any party in this case.

Dated this 8th day of April, 2025.

| LAGOMARSINO LAW | JACKSON LEWIS P.C. |
|---|---|
| /s/ Taylor N. Jorgensen | /s/ Deverie J. Christensen |
| Andre M. Lagomarsino, Bar #6711 | Deverie J. Christensen, Bar # 6596 |
| Taylor N. Jorgensen, Bar #16259 | 300 South Fourth Street, Suite 900 |
| 3005 W. Horizon Ridge Pkwy, #241 | Las Vegas, Nevada 8910 |
| Henderson, Nevada 89052 | |
| | *Attorney for Defendant* |
| *Attorneys for Plaintiff* | *Amentum Services, Inc.* |
| *Dennis Stanton* | |

**ORDER**

IT IS SO ORDERED.

_____
United States Magistrate Judge

Dated: April 9, 2025