Deverie J. Christensen
Nevada State Bar No. 6596
Thomas W. Maroney
Nevada State Bar No. 13913
**JACKSON LEWIS P.C.**
300 S. Fourth St., Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Email:  deverie.christensen@jacksonlewis.com
           thomas.maroney@jacksonlewis.com

*Attorneys for Defendant*
*Amentum Services, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DENNIS STANTON, individually, | Case No. 2:25-cv-00511-APG-NJK |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE** |
| AMENTUM SERVICES, INC., a Foreign Corporation, | **(FIRST REQUEST)** |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, to continue the Early Neutral Evaluation ("ENE") Conference currently scheduled for August 20, 2025 at 10:00 a.m. to one of the dates currently available on the Court's calendar, specifically October 21, 27, or 28, 2025.

1. The scheduling change is necessary because the Parties, despite diligent efforts to exchange documents and complete written discovery prior to the ENE, have encountered an uncontrollable delay affecting Defendant's disclosure of documents. Both parties need the disclosure of documents to prepare ENE Statements and to facilitate meaningful participation in the ENE.

2. Defendant is a federal government defense contractor that provides services to the United States Air Force ("Air Force") pursuant to the Range Support Services contract ("RSSII"). The services are performed throughout the Nellis Test and Training Range ("NTTR"). Plaintiff is a former employee of Defendant who worked at the NTTR. However, the locations of the work

performed and the details of Defendant's work at the NTTR are classified, tied to national security, and cannot be disclosed without authorization, including documents that contain classified information, and documents that do not contain classified information but that when read together with other documents may reveal classified or unclassified restricted information. Moreover, Defendant cannot disclose (without the permission of the United States Air Force) details regarding investigations performed by the Air Force that occur at the work locations, which information may relate, in part, to Plaintiff's claims in this case. Thus, the documents to be produced by Defendant in this case, whether as part of Initial Disclosures or in response to Plaintiff's written discovery requests, require government security review and authorization to disclose (with any necessary redactions).

3. To facilitate the disclosure of documents by Defendant, even after redaction of any potentially classified or unclassified restricted information as determined through security review, the Parties filed a proposed stipulated protective order with the Court on July 10, 2025. ECF No. 16. However, the Court declined to issue a protective order and suggested the parties may have an agreement among themselves without the Court's participation. ECF No. 17. Unfortunately, due to the Court's declining the proposed protective order, Defendant has been delayed in disclosing documents in this case as further government security review has been required before disclosure of documents without a protective order. Defendant requested an expedited review to be completed by the first week of August to permit the Parties time for disclosure and preparation of ENE statements. Unfortunately, Defendant does not control the timing of the security review or the government's response, which may take several weeks or longer. Defendant awaits authorization to disclose documents, with any required redactions, which Defendant understands should be completed by the end of August.

4. Accordingly, Defendant has been unable to disclose documents necessary for the Parties to prepare ENE Statements due on August 13, 2025, and to meaningfully participate in the ENE currently scheduled on August 20, 2025.

5. Therefore, the Parties are requesting the Court continue to the ENE to a date available on the Court's calendar that will permit the Parties time to complete the necessary documents disclosures, submit ENE Statements, and meaningfully participate in the ENE.

6. Counsel worked with the Court Clerk to identify new available dates for the Court to conduct the ENE in this case. October 21, 2025, October 27, 2025 and October 28, 2025 were identified as available dates by the Court Clerk for the Court, and the Parties are available on any of these dates.

7. Thus, the Parties request the Court continue the current ENE date to October 21, October 27, or October 28, based on the Court's availability upon receipt of this Stipulation.

8. This is the first request to continue the ENE date.

9. This stipulation and order is sought in good faith and not for the purpose of delay.

Dated this 7th day of August, 2025.

| LAGOMARSINO LAW | JACKSON LEWIS P.C. |
|---|---|
| */s/ Taylor N. Jorgensen* | */s/ Deverie J. Christensen* |
| Andre M. Lagomarsino, Bar #6711 | Deverie J. Christensen, Bar # 6596 |
| Taylor N. Jorgensen, Bar #16259 | Thomas W. Maroney, Bar # 13913 |
| 3005 W. Horizon Ridge Pkwy, #241 | 300 South Fourth Street, Suite 900 |
| Henderson, Nevada 89052 | Las Vegas, Nevada 8910 |
| *Attorneys for Plaintiff* | *Attorney for Defendant* |
| *Dennis Stanton* | *Amentum Services, Inc.* |

## ORDER

In light of the parties' above stipulation, the ENE presently set for August 20, 2025, at 10:00 A.M. is CONTINUED to October 27, 2025, at 10:00 A.M. Confidential briefs will be due by 4:00 P.M. on October 20, 2025. **IT IS SO ORDERED**

**DATED:** 10:19 am, August 12, 2025

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**