DEVERIE J. CHRISTENSEN, ESQ.
Nevada Bar No. 6596
AMANDA PATANAPHAN, ESQ.
Nevada Bar No. 15080
**JACKSON LEWIS P.C.**
300 S. Fourth St., Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Email:  deverie.christensen@jacksonlewis.com
        amanda.patanaphan@jacksonlewis.com

*Attorneys for Defendant*
*Amentum Services, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DENNIS STANTON, individually,<br><br>                  Plaintiff,<br><br>        vs.<br><br>AMENTUM SERVICES, INC., a Foreign Corporation,<br><br>                  Defendant. | Case No. 2:25-cv-00511-APG-NJK<br><br>**STIPULATION AND ORDER TO RECONVENE EARLY NEUTRAL EVALUATION SESSION** |

Plaintiff Dennis Stanton ("Plaintiff"), by and through his counsel, Lagomarsino Law, and Defendant Amentum Services, Inc. ("Defendant"), by and through its counsel, the law firm of Jackson Lewis P.C., hereby stipulate and agree to reconvene the Early Neutral Evaluation Conference (ENE) with the Honorable Brenda Weksler, United States Magistrate Judge.  At the ENE on December 3, 2025, an issue arose which caused the proceeding to end prematurely and for the parties to meet and confer regarding the appropriate way to proceed in the matter. [ECF No. 29].

Now, pursuant to the minute order issued on December 3, 2025 [ECF No. 29], the Parties jointly file this stipulation to reconvene the Early Neutral Evaluation to either of the following proposed dates and times currently available on the Court's calendar:

- May 12, 2026 at 10:00 am PST

Jackson Lewis P.C.
Las Vegas

- May 14, 2026 at 10:00 am PST

The Parties can provide additional dates at the Court's request.

The Parties will appear for the reconvened ENE with the same parties, representatives, and counsel.

The Parties will resubmit ENE statements to ensure the Court is provided only with redacted documents, and not otherwise provided with information that must remain confidential.

This Stipulation and Order is sought in good faith and not for the purpose of delay.

Dated this 26th day of February, 2026.

| | |
|---|---|
| LAGOMARSINO LAW | JACKSON LEWIS P.C. |
| */s/ Taylor N. Jorgensen* | */s/ Deverie J. Christensen* |
| Andre M. Lagomarsino, Bar #6711 | Deverie J. Christensen, Bar # 6596 |
| Taylor N. Jorgensen, Bar #16259 | Amanda Patanaphan, Bar # 15080 |
| 3005 W. Horizon Ridge Pkwy, #241 | 300 South Fourth Street, Suite 900 |
| Henderson, Nevada 89052 | Las Vegas, Nevada 8910 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| *Dennis Stanton* | *Amentum Services, Inc.* |

## **ORDER**

IT IS HEREBY ORDERED that the Early Neutral Evaluation Conference will be reconvened on the following date and time: May 12, 2026, at 10:00 A.M. by videoconference.

The Parties will reconvene with the same parties and representatives. Due to the issues that arose at the original ENE, the parties will resubmit ENE statements no later than May 5, 2026, at 4:00 P.M. to law clerk Kathryn Hayes at kathryn_hayes@nvd.uscourts.gov.

United States Magistrate Judge

Dated: February 27, 2026