**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DENNIS STANTON, | Case No. 2:25-cv-00511-APG-NJK |
|     Plaintiff, | **Order** |
| v. | |
| AMENTUM SERVICES, INC., | [Docket No. 37] |
|     Defendant. | |

Pending before the Court is a motion to withdraw as Plaintiff's counsel and a request for a temporary 60-day stay and corresponding extension of discovery deadlines.  Docket No. 37.

The Court **DENIES** without prejudice the request for a stay of discovery.  *See* Local Rule IC 2-2(b) ("For each type of relief requested or purpose of the document, a separate document must be filed and a separate event must be selected for that document).

Any response to the motion to withdraw as counsel must be filed no later than June 8, 2026. Plaintiff's counsel must provide this order to Plaintiff no later than June 1, 2026, and must file notice of service on the docket.

IT IS SO ORDERED.

Dated: May 29, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

1