**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DENNIS STANTON,

      Plaintiff,

v.

AMENTUM SERVICES, INC.,

      Defendant.

Case No. 2:25-cv-00511-APG-NJK

**Order**

[Docket No. 45]

Pending before the Court is Plaintiff Dennis Stanton's motion for a three-day extension to file a response and opposition to the pending motion to withdraw as counsel. Docket No. 45.

Plaintiff submits that good cause exists for a three-day extension because he is preparing the opposition *pro se*, does not have home Internet or printing capabilities, and must travel to the public library to access a computer, Internet, and printing. *Id.* at 1.

For good cause shown, the Court **GRANTS** Plaintiff's motion for an extension. Docket No. 45. The Court **INSTRUCTS** the Clerk's Office to send this order to Plaintiff at dennisvstanton30@gmail.com.

IT IS SO ORDERED.

Dated: June 10, 2026

_____
Nancy J. Koppe
United States Magistrate Judge