**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DENNIS STANTON, | Case No. 2:25-cv-00511-APG-NJK |
| Plaintiff, | |
| v. | **Order** |
| AMENTUM SERVICES, INC., | [Docket No. 37] |
| Defendant. | |

Pending before the Court is a motion to withdraw as Plaintiff's counsel. Docket No. 37. Defendant filed a response in non-opposition. Docket No. 44. Plaintiff filed a response in opposition. Docket No. 47. Plaintiff's counsel filed a reply and sealed declaration in support of withdrawal. Docket Nos. 48, 51.

The Court has considered the arguments presented in the briefing and determined that withdrawal of counsel is appropriate here. Accordingly, the Court **GRANTS** the motion to withdraw as Plaintiff's counsel. Docket No. 37. No later than July 22, 2026, Plaintiff must either file a notice that he intends to proceed *pro se*, or new counsel must file a notice of appearance on Plaintiff's behalf.

IT IS SO ORDERED.

Dated: June 23, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

1