**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Dennis Stanton,<br>Plaintiff(s),<br>v.<br>Amentum Services, Inc.,<br>Defendant(s). | Case No. 2:25-cv-00511-APG-NJK<br>**Order**<br>[Docket No. 56] |

Pending before the Court is Plaintiff's motion to reopen and reset the initial expert disclosure deadline. Docket No. 56.[1] Such motion must be no more than 24 pages. Local Rule 7-3(b). Plaintiff's motion is 36 pages. Accordingly, Plaintiff's motion is **DENIED** without prejudice. Any renewed motion must comply with the governing page limit.

IT IS SO ORDERED.

Dated: September 9, 2026

Nancy J. Koppe
United States Magistrate Judge

[1] The Court liberally construes the filings of *pro se* litigants. *Erickson v. Pardus*, 551 U.S. 89, 94 (2007).